**Order filed April 8, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

NO. 01-14-00606-CR

———————————

**WILLIAM DELACRUZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 179th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1370103**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **Defense Exhibit 1 (Adam Ortiz' criminal record).**

The exhibit clerk of the 179th District Court is directed to deliver to the Clerk of this court the original of Defense Exhibit 1 (Adam Ortiz' criminal record), on or before April 10, 2015**.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of  Defense Exhibit 1 (Adam Ortiz' criminal record), to the clerk of the 179th District Court.


PER CURIAM